TASHA PARIS CHALFANT, SBN 207055
TASHA PARIS CHALFANT LAW PC
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-mail:         tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WENDY LABUDA,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cr-0147-01 WBS<br><br>**WAIVER OF PERSONAL APPEARANCE FOR APRIL 29, 2024 STATUS CONFERENCE AND SUBSEQUENT DATES THEREAFTER** |

Defendant WENDY LABUDA hereby waives the right to be present in person in open court on April 29, 2024, at the status conference and upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, impanelment of jury and imposition of sentence.

/////

- 1 -

- 2 -

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in her absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   April 20, 2024     /s/ Wendy Labuda
                            WENDY LABUDA
                            Defendant


DATED:   April 20, 2024     /s/ Tasha Paris Chalfant
                            TASHA PARIS CHALFANT
                            Attorney for Defendant

(Original Signatures on File at Attorney's Office)


**IT IS SO ORDERED.**

Dated:  April 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE