TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-0147 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WENDY LABUDA, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys JAMES CONOLLY, JASON HITT, and the Defendant, WENDY LABUDA, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.      By previous order, this matter was set for a change of plea before Judge William B.

Shubb on July 7, 2025, with time excluded to that date.

2.      By this stipulation, the defendant now moves to reset the change of plea on July

21, 2025, and to exclude time between July 7, 2025, and July 21, 2025, under Local Code T4. Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The government has represented that the discovery associated with this case includes approximately 2,500 plus pages of investigative reports in electronic form, and some audio and video files. All of this discovery has been either produced directly to counsel, and/or made available for inspection and copying.

b.    Counsel for the defendant was notified that Ms. Labuda cannot be transported by the USM within the timeframe for the change of plea currently scheduled. Due to Ms. LABUDA's medical needs, the USM needs additional time to house her at the Yuba County Jail prior to her change of plea. Counsel for Ms. LABUDA needs to meet with her client prior to the change of plea.

c.    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    The government does not object to the continuance.

e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 7, 2025, to July 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

        5.    Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on

their behalf.

IT IS SO STIPULATED.

Dated:  July 3, 2025               by:    */s/Tasha Chalfant for*
                                              JASON HITT FOR JAMES CONOLLY
                                              Assistant U.S. Attorneys
                                              Attorney for Plaintiff

Dated:  July 3, 2025               by:    */s/Tasha Chalfant*
                                              TASHA CHALFANT
                                              Attorney for Defendant
                                              WENDY LABUDA

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 7, 2025, to and including July 21, 2025, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the change of plea hearing is reset for **July 21, 2025, at 10:00 a.m.**

IT IS SO FOUND AND ORDERED.

Dated:  July 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

AND FOR EXCLUSION OF TIME