TASHA PARIS CHALFANT, SBN 207055
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, CA, California 95603
Telephone:   (916) 444-6100
Facsimile:   (916) 930-6093
Email:        tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

# UNITED STATES OF DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>WENDY LABUDA,<br><br>          Defendant. | Case No. 2:22-CR-0147-WBS-1<br><br>**UNOPPOSED MOTION FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND MEDICAL APPOINTMENT PURSUANT TO 18 U.S.C. § 3142(i); ORDER** |

Ms. Labuda, through her counsel of record, requests that the court grant Ms. Labuda temporary release pursuant to 18 U.S.C. § 3142(i) on April 3, 2026, at approximately 9:00 a.m., to attend a medical examination at the offices of David J. Oliveri, 851 S Rampart Blvd., Ste. 115, Las Vegas, Nevada 89145. The defense has informed the government of this request, and the reasons for it, and the government has indicated that it does not oppose this motion.

Ms. Labuda has previously been diagnosed with CRPS (Complex Regional Pain Syndrome). On January 6, 2026, during the Judgment and Sentencing status, the Court

- 1 -

requested additional information on this affliction and requested confirmation that the defendant did, in fact, suffer from said condition.

Counsel, with the assistance of California-licensed Investigator Frank W. Huntington, III, the defense investigator, has secured the services of Joshua Prager, M.D., an expert in this field. Dr. Prager has agreed to examine the defendant and render an expert medical opinion. Ms. Labuda is currently housed at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada, and Dr. Prager will be traveling from Los Angeles, CA, to conduct the examination and requires a medical office setting to do so.

Investigator Huntington has contacted staff at NSDC and requested that Dr. Prager have access to their medical unit to see the defendant. NSDC refused, stating that it is against their policy. Investigator Huntington then contacted numerous medical facilities in the Pahrump area in an attempt to "borrow" a medical examination room. No facility would cooperate. Dr. Prager subsequently contacted Investigator Huntington and informed him that he arranged access to an associate's medical offices located at 851 S. Rampart Blvd., Ste. 115, Las Vegas, NV, approximately a one-hour and 5-minute drive, 61 miles one way, from NSDC.

Investigator Huntington is willing and able to travel to Pahrump, Nevada, pick up the defendant, deliver her to the medical examination, and thereafter immediately return her to the detention facility. While on temporary release, Ms. Labuda will remain in the care, custody, and control, and within eyesight of Investigator Huntington (except for the

actual medical examination, where privacy would be required, but would remain immediately outside the examination room door).

Ms. Labuda is a 67-year-old female in poor health. Her lack of mobility often requires the assistance of a wheelchair or walker, for which she has orders from the medical staff at NSDC. Ms. Labuda will abide by all laws and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

Ms. Labuda will not meet with any other people during her temporary release, other than being with Investigator Huntington, Dr. Prager, and other necessary medical staff.

The defense investigator will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to him by defense counsel should any issue arise during the release period.

Ms. Labuda is requesting to be temporarily released from custody at the Nevada Southern Detention Center (NSDC) so that she can be examined by a previously approved medical doctor. Specifically, the request is that she be temporarily released on April 3, 2026, at 9:00 a.m., to the custody of Investigator Frank W. Huntington, III, and be transported back to the Nevada Southern Detention Center immediately upon completion of the examination.  She would travel from the Nevada Southern Detention Center directly to the medical offices of David J. Oliveri, to be examined by Joshua

Preger, M.D., and as soon thereafter be returned to NSDC.  There would be no other stops than as needed for the restroom or necessary "Drive-Thru" meals.

Ms. Labuda, through her attorney, requests that Ms. Labuda be temporarily released from custody as set forth below to attend a medical examination as outlined above on April 3, 2026, in the third-party custody of Investigator Frank W. Huntington, III. The government does not oppose the request.

The defense requests that the Court order Ms. Labuda temporarily released at 9:00 a.m. on April 3, 2026, with instructions that she be transported back to the Nevada Southern Detention Center by 5:00 p.m. the same day. The defense requests that the Court direct the United States Marshals Service to coordinate Ms. Labuda's release and surrender with staff at the Nevada Southern Detention Center as they see fit, within the time frame permitted above.  Ms. Labuda will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release), which defense counsel will submit to the Courtroom Deputy for filing as soon as it is signed by and received from the defendant.

Respectfully submitted,

Date: March 20, 2026          */s/Tasha Paris Chalfant*
                              TASHA PARIS CHALFANT
                              Attorney for Defendant
                              WENDY LABUDA

Date: March 20, 2026          ERIC GRANT
                              United States Attorney

                              */s/Tasha Paris Chalfant for*
                              JAMES CONOLLY
                              Assistant United States Attorney

**O R D E R**

Pursuant to 18 U.S.C. § 3142(i), Wendy Labuda is ordered temporarily released from custody from the Nevada Southern Detention Center at 9:00 am on April 3, 2026, to Investigator Frank W. Huntington, III, and Wendy Labuda is further ordered to surrender herself to the Nevada Southern Detention Center as soon thereafter as the medical examination is completed on April 3, 2026, but in no event later than 5:00 pm. The United States Marshals Service is directed to make necessary arrangements with the Nevada Southern Detention Center for Ms. Labuda's release and surrender. Upon temporary release, Ms. Labuda shall remain with the third-party custodian, Investigator Frank W. Huntington, at all times, except for the medical appointment, at which Investigator Huntington shall remain in the immediate vicinity. Investigator Huntington shall transport Ms. Labuda back to the Nevada Southern Detention Center immediately at the conclusion of the examination on April 3, 2026. Investigator Huntington is ORDERED to notify the government and Pretrial Services immediately if Ms. Labuda is non-compliant with the conditions of her release.

Furthermore, fees for Investigator Huntington's hours and travel expenses, within the Per-Diem and CJA guidelines, are hereby authorized.

IT IS SO ORDERED.

Dated:  March 23, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 5 -