TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-0147-01 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING FINDINGS AND ORDER |
| v. | |
| WENDY LABUDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JAMES CONOLLY, and the Defendant, WENDY LABUDA, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for sentencing before Judge William B. Shubb on April 13, 2026.

2.    By this stipulation, the defendant now moves to reset the sentencing from April 13, 2026 to May 18, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a.      Ms. Labuda appeared for sentencing on January 5, 2026. Based upon arguments made by the defense, the Court wanted additional information about Ms. Labuda's medical issues.

b.      Ms. Labuda is housed at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada. The defense investigator located a medical doctor who is willing to review Ms. Labuda's medical records and conduct an examination of her. The defense investigator has coordinated with the doctor and a local medical office for the examination to take place on April 3, 2026. The doctor will need time to prepare a report after the examination of Ms. Labuda.

c.      Counsel for the defendant requires additional time to consult with her client and relevant experts/providers.

d.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      The government and probation do not object to the continuance.

f.      Based on the above, the defense requests the new date for Judgment and Sentencing of May 18, 2026.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  March 24, 2026                    by:     /s/Tasha Chalfant for
                                                          JAMES CONOLLY
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

Dated:  March 24, 2026                    by:     /s/Tasha Chalfant
                                                          TASHA CHALFANT
                                                          Attorney for Defendant

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

2

WENDY LABUDA

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for April 13, 2026 be continued to **May 18, 2026 at 10:00 a.m.**

IT IS SO FOUND AND ORDERED.

Dated:  March 25, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

3