TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDY LABUDA,

    Defendant.

No. 2:22-cr-0147-01 WBS

STIPULATION REGARDING
CONTINUANCE OF SENTENCING;
FINDINGS AND ORDER

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JAMES CONOLLY, and the Defendant, WENDY LABUDA, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for sentencing before Judge William B. Shubb on May 18, 2026.

2.    By this stipulation, the defendant now moves to reset the sentencing from May 18, 2026 to July 13, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a.    Ms. Labuda appeared for sentencing on January 5, 2026. Based upon arguments made by the defense, the Court wanted additional information about Ms. Labuda's medical issues.

b.    Ms. Labuda is housed at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada. The defense investigator located a medical doctor who was willing to review Ms. Labuda's medical records and conduct an examination of her. The defense investigator coordinated with the doctor and a local medical office for the examination which took place on April 3, 2026. That medical doctor still has not provided a report after the examination of Ms. Labuda and needs additional time.

c.    In addition, based upon his examination, the medical doctor strongly recommended another type of medical provider to be appointed to conduct a different type of examination. Accordingly, the defense investigator promptly located the new requested provider and defense counsel submitted a funding request. We are awaiting the approval of this provider and then the provider will need time to conduct a virtual appointment and prepare a report.

d.    Counsel for the defendant requires additional time to consult with her client and relevant experts/providers.

e.    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.    Based on the information defense counsel has provided, the government and probation do not object to the continuance.

g.    Based on the above, the defense requests the new date for Judgment and Sentencing of July 13, 2026.

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

2

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  May 7, 2026                          by:      */s/Tasha Chalfant for*
                                                       JAMES CONOLLY
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

Dated:  May 7, 2026                          by:      */s/Tasha Chalfant*
                                                       TASHA CHALFANT
                                                       Attorney for Defendant
                                                       WENDY LABUDA

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for May 18, 2026 be continued to **July 13, 2026 at 10:00 a.m.**

IT IS SO FOUND AND ORDERED.


Dated:  May 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE