TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
WENDY LABUDA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-0147-01 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |
| v. | |
| WENDY LABUDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JAMES CONOLLY, and the Defendant, WENDY LABUDA, by and through her counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for sentencing before Judge William B. Shubb on July 13, 2026.

2.    By this stipulation, the defendant now moves to reset the sentencing from July 13, 2026 to August 10, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

1

a.      Ms. Labuda appeared for sentencing on January 5, 2026. Based upon arguments made by the defense, the Court wanted additional information about Ms. Labuda's medical issues.

b.      Ms. Labuda is housed at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada. The defense investigator located a medical doctor who was willing to review Ms. Labuda's medical records and conduct an examination of her. The defense investigator coordinated with the doctor and a local medical office for the examination which took place on April 3, 2026. That medical doctor only recently provided a report after the examination of Ms. Labuda.

c.      In addition, based upon his examination, the medical doctor strongly recommended another type of medical provider to be appointed to conduct a different type of examination. Accordingly, the defense investigator promptly located the new requested provider and arrangements were made for multiple examinations of Ms. Labuda. This provider needs time to complete their report.

d.       Counsel for the defendant requires additional time to consult with her client and relevant experts/providers after all reports have been completed.

e.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.      Based on the information defense counsel has provided, the government and probation do not object to the continuance.

g.      Based on the above, the defense requests the new date for Judgment and Sentencing of August 10, 2026.

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  July 5, 2026                              by:     /s/Tasha Chalfant for
                                                          JAMES CONOLLY
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

Dated:  July 5, 2026                              by:     /s/Tasha Chalfant
                                                          TASHA CHALFANT
                                                          Attorney for Defendant
                                                          WENDY LABUDA

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for July 13, 2026 be continued to **August 10, 2026 at 10:00 a.m.**

IT IS SO FOUND AND ORDERED.

Dated:  July 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING

4